UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) CR4:17-cr-00105
v. ) CR4:17-cr-00214
)
EDGAR DANIEL JOHNSON, )
)
Defendant. )

## CONSENT RESTITUTION ORDER

The parties, the United States of America, and the Defendant Edgar Daniel Johnson, agree and stipulate as follows:

1. On June 7, 2017, a federal grand jury sitting in the Southern District of Georgia returned a single count Indictment against Defendant Edgar Daniel Johnson (hereinafter the "Defendant"), charging a violation of 18 U.S.C. § 844(e) (Count One – Maliciously Conveying False Information About Explosive Materials).

2. On August 6, 2017, the United States Attorney for the Southern District of Georgia charged the Defendant with a six count Information, charging violations of 18 U.S.C. § 242 (Counts One, Three, and Five – Deprivation of Rights Under Color of Law) and 18 U.S.C. § 1512(b)(3) (Counts Two, Four, and Six – Tampering with a Witness, Victim, or Informant).

3. On June 11, 2018, pursuant to a written plea agreement, the Defendant pled guilty to Count One of the Indictment and Counts One through Six of the Information, wherein he was charged with Maliciously Conveying False Information

1

About Explosive Materials in violation of 18 U.S.C § 844(e), Deprivation of Rights Under Color of Law in violation of 18 U.S.C § 242, and Tampering with a Witness, Victim, or Informant in violation of 18 U.S.C. § 1512(b)(3).

4. The plea agreement contains an acknowledgment that restitution ordered by the Court shall include restitution for the full loss caused by the Defendant's total criminal conduct, which in this case is expected to exceed $74,000.00.

5. On June 12, 2018, pursuant to 18 U.S.C. § 3664(d)(5) of the Mandatory Victims Restitution Act (MVRA), the Court deferred its determination of the restitution amount in its Judgment in a Criminal Case.

6. In accordance with 18 U.S.C. § 3664(f) Mandatory Victims Restitution Act (MVRA), each victim is entitled to the full amount of each victim's losses as determined by the court and without consideration of the economic circumstances of the Defendant. For this reason, S.A. is entitled to restitution in the amount of $11,500.00, M.A. is entitled to restitution in the amount of $4,244.00, and the U.S. Coast Guard is entitled to restitution in the amount of $58,837.00. *Id.*

7. Pursuant to 18 U.S.C.A. §§ 3556, 3663(a), and 3664(f), the Court hereby imposes restitution in the amount of $74,581.00, which is the full amount of the victims' losses.

8. For violating 18 U.S.C § 242 and 18 U.S.C § 1512(b)(3), the Defendant shall pay restitution in the amount of $11,500.00 to S.A.

9. For violating 18 U.S.C § 242 and 18 U.S.C § 1512(b)(3), the Defendant

shall pay restitution in the amount of $4,244.00 to M.A.

10. For violating 18 U.S.C § 844(e), the Defendant shall pay restitution to the United States Coast Guard in the amount of $58,837.00, disbursed as follows:

> United States Coast Guard Headquarters
> Office of Claims and Litigation
> Attn: Lt. Jullian E. Talley
> 2703 Martin Luther King, Jr. Avenue, SE, Stop 7213
> Washington, DC 20593-7213

11. Defendant has been committed to the custody of the U.S. Bureau of Prisons for a total term of 51 months, followed by supervised release for a total term of 3 years. Pursuant to 18 U.S.C. § 3664(f)(3)9B, Defendant shall make nominal payments of either quarterly installments of a minimum of $25 if working non-UNICOR, or payments of a minimum of fifty percent of his monthly earnings if he is working for UNICOR.

12. Upon release from imprisonment, the Defendant agrees to make payments on his restitution in the amount of at least $150.00 per month, due on or before the first day of each month, commencing immediately, and continuing until the Defendant is notified otherwise by the United States. Each victim shall receive payment in the individual amounts set forth herein in Paragraphs 13. This payment schedule will be evaluated at least annually and may be modified based on the documented financial condition of the Defendant. The Defendant agrees to submit in a timely manner each year all financial documentation required by the United States.

13. Pursuant to 18 U.S.C. § 3664, "[i]n any case in which the United States is a victim, the court shall ensure that all other victims receive full restitution before

the United States receives any restitution." *See* 18 U.S.C. § 3664. Therefore, the priority of payments is as follows: The United States Coast Guard shall not receive restitution until M.A. and S.A. receive full restitution. Accordingly, M.A. and S.A. shall receive restitution on an equal basis of distribution: Where a full monthly payment is made, M.A. and S.A. shall each receive 50% of said full payment. Where a partial payment is made, M.A. and S.A. shall each receive approximately 50% of said partial payment. Since the total recovery owed to M.A. is less than what is owed to S.A., once the debt owed to M.A. has been fully satisfied, S.A. will begin receiving 100% of each payment. Once M.A. and S.A. have received their full restitution, the United States Coast Guard shall receive 100% of the total or partial monthly restitution payment.

14. Defendant shall make each monthly payment in the form of a check to the Clerk of Court, to be deposited into an interest-bearing Deposit Fund. Defendant understands that he must indicate his Criminal Case Number on the check, and the check must be made payable to "Clerk, U.S. District Court" and mailed to:

>	The United States Clerk of Court,
>	P.O. Box 8286
>	Savannah, GA 31412.

15. The Defendant agrees that no discharge of debts in a proceeding pursuant to any chapter of Title 11, United States Code, shall discharge the Defendant's liability to pay restitution pursuant to this Order, and that enforcement of the restitution herein is not subject to the automatic stay.

16. The parties to this order hereby agree to be bound by the terms of this Consent Restitution Order.

IT IS SO ORDERED.

Dated, entered, and made effective this 18th day of June, 2019.

_____
HON. WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

WE ASK FOR THIS:

_____
Tara M. Lyons
Assistant United States Attorney
South Carolina Bar No. 16573
Post Office Box 2017
Augusta, Georgia 30903
Telephone: (706)724-0517
tlyons@usa.doj.gov

Date: 6/17/19

_____
Daniel Edgar Johnson
Defendant

Date: 6/5/19

_____
Courtney Reynolds Lerch
Attorney for Defendant
317 Tattnall Street
Savannah, GA 31401

Date: 6/5/19

5